**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION AT LAFAYETTE**

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| BRIAN LEE SMITH | ) | BANKRUPTCY NO. 05-42227-REG |
| NANCY SMITH | ) | CHAPTER 7 |
| Debtor(s) | ) | |

**NOTICE PURSUANT TO F.R.B.P. 3010**

Comes now the Trustee and advises that the dividends to the creditor(s) listed below was less than $5.00:

Claim No. 1INT        Asset Acceptance LLC        $3.88

Dated: December 1, 2009                Respectfully Submitted,

                                /s/ Edward Chosnek
                                Trustee
                                P.O. Box 708
                                Lafayette, Indiana  47902
                                Telephone:  (765) 742-9081
                                E-mail:  trustee@chosneklaw.com

**CERTIFICATE OF SERVICE**

I certify that on the 1st day of December, 2009, service of a true and complete copy of the foregoing Notice Pursuant to F.R.B.P. 3010 was made upon the following either by electronic notice or by depositing the same in the United States Mail in an envelope properly addressed and with sufficient first class postage affixed:

1.   U.S. Trustee
2.   Brad A. Woolley
3.   Asset Acceptance, LLC, Assignee Civitas Bank, P.O. Box 2036, Warren MI 48090


                                /s/ Edward Chosnek